644

opinion filed November 16, 1948; released for publication December 2, 1948. Kriebel & Hubbard, for appellant; no appearance for appellees. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.

David Swanson, Appellee, v. Jane Swanson, Appellant.

Gen. No. 44,444.

opinion filed November 16, 1948; released for publication December 2, 1948. Clarence M. Dunagan and William L.- Kelley, for appellant; Teed & Johnson, for appellee; Hugh E. Johnson, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.